**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00279-CV**
_____

**GRAND HARBOR PROPERTY OWNERS' ASSOCIATION, Appellant**

**V.**

**EDWARD GRIFFITH, BARBARA GRIFFITH, TODD BUTAUD, AND RACHELLE BUTAUD, Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-02-01622-CV**

_____

**MEMORANDUM OPINION**

Before this Court issued an opinion in this appeal, Grand Harbor Property Owners' Association, Appellant, and Edward Griffith, Barbara Griffith, Todd Butaud, and Rachelle Butaud, Appellees, filed a Joint Motion to Set Aside Judgment Without Regard to Merits and Remand to Trial Court. We grant the motion, set aside the May 26, 2022 Final Judgment Nunc Pro Tunc without regard to the merits, and remand the case to the trial court for release of the supersedeas bond and for rendition

of a take-nothing judgment pursuant to the parties' settlement agreement. *See* Tex.

R. App. P. 42.1(a)(2)(B).

VACATED AND REMANDED.

PER CURIAM

Submitted on January 10, 2024
Opinion Delivered January 11, 2024

Before Golemon, C.J., Johnson and Wright, JJ.